FILED
2019 Feb-04 PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARTEE RAY DAVIS,** | ) |
| Petitioner, | ) |
| | ) **CASE NO. 2:18-CV-8024-SLB** |
| vs. | ) **CRIM. CASE NO. 2:14-CR-0114-SLB-JEO** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Martee Ray Davis filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [hereinafter "Motion to Vacate"]. (Doc. 1; crim. doc. 223.)[1] The court found that Davis's Motion did not state a claim upon which relief could be granted and, therefore, entered an Order requiring Davis to show cause why his Motion to Vacate should not be dismissed. (*See* Show Cause Order, doc. 2, entered Jan. 4, 2019.)

Davis did file a response to the Show Cause Order. Therefore, the court will dismiss this action without prejudice based on Davis's failure to state a claim. An Order denying Davis's Motion to Vacate and dismissing this action will be entered contemporaneously with this Memorandum Opinion.

---

[1] Citations to documents in the court's record in petitioner's Motion to Vacate appear as "(doc. __)." Citations to documents in the court's record in the criminal proceedings against petitioner, Case No. 2:14-CR-0114-SLB-JEO, appear as "(crim. doc. __)." Page number citations refer to the page numbers assigned to the document by the court's CM/ECF electronic filing system.

**DONE** this 1st day of February, 2019.

/s/ Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE